UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS DRESS FOR LESS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DALY CITY PARTNERS II, L.P., et al., <br><br> Defendants. | Case No. 15-cv-05640-JSW <br><br> **ORDER RE NOTICE OF DISCLOSURE** <br><br> Re: Docket No. 18 |

The Court has received and considered the letter submitted by Steven N. Holland, Esq., in response to this Court's Standing Order on Recusal. In light of the pending application for a temporary restraining order, the Court shall give Plaintiffs the opportunity to respond to Mr. Holland's letter. The Court advises all parties that it recalls meeting Mr. Holland at Judge Brown's official swearing in ceremony, but, with the exception of meetings incidental to the Trial Advocacy course referenced by Mr. Holland, the Court does not otherwise socialize with Judge Brown or her family.

Plaintiffs shall file a response to the Notice of Disclosure and this Order by no later than 4:00 p.m. on December 17, 2015. Upon filing of that response, the Court shall issue an Order on whether it believes recusal is necessary.

**IT IS SO ORDERED.**

Dated: December 15, 2015

JEFFREY S. WHITE
United States District Judge