UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS DRESS FOR LESS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DALY CITY PARTNERS II, L.P., et al.,<br><br>Defendants. | Case No. 15-cv-05640-JSW<br><br>**ORDER RE RECUSAL**<br><br>Re: Docket No. 18 |

The Court has received Plaintiffs' response to Defendants' notice of disclosure. The Court also concludes that recusal is not required under 28 U.S.C. sections 144 and 455 or Canon 3(C) of the Code of Conduct for United States Judges.

**IT IS SO ORDERED.**

Dated: December 16, 2015

JEFFREY S. WHITE
United States District Judge