BUCHALTER NEMER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
IVO KELLER (SBN: 245909)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: gzwang@buchalter.com

Attorneys for Plaintiffs
ROSS DRESS FOR LESS, INC. and
ROSS STORES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROSS DRESS FOR LESS, INC., a Virginia corporation; and ROSS STORES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DALY CITY PARTNERS II, L.P., a California limited partnership; PRISM CAPITAL CORPORATION, a Delaware corporation; and DOES 1-150, inclusive,<br><br>Defendants | CASE NO. 4:15-cv-05640-JSW<br><br>**[Proposed] ORDER APPROVING STIPULATION FOR EXTENSION OF DEADLINES FOR COMPLETION OF ADR, DESIGNATION OF EXPERT WITNESSES, AND COMPLETION OF ALL DISCOVERY** |

The Court has reviewed the parties' Stipulation for an order extending (i) the deadline for completion of alternative dispute resolution by 60 days, to August 10, 2016; (ii) the deadline for designation of expert witnesses by 30 days, to September 1, 2016; and (iii) the deadline for completion of all discovery by 14 days, to November 14, 2016 (the "Stipulation"). After full consideration of the Stipulation, and the facts set forth therein, it appears to the satisfaction of the Court that there is good cause for approving the Stipulation.

**IT IS THEREFORE ORDERED** that:

1. The Stipulation is approved.

2. The deadlines set forth in the Order Scheduling Trial and Pretrial Matters, Doc.

1  No. 41 (the "Scheduling Order"), are hereby modified as follows:

      a.  Completion of Alternative Dispute Resolution: August 10, 2016

      b.  Designation of Experts: September 1, 2016

      c.  Close of All Discovery: November 14, 2016

3.    In all other respects, the Scheduling Order shall remain unchanged.

**IT IS SO ORDERED.**

Dated: May 26, 2016

*Jeffrey S White*

THE HONORABLE JEFFREY S. WHITE
Judge of the United States District Court,
Northern District of California