UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS DRESS FOR LESS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DALY CITY PARTNERS II, L.P., et al.,<br><br>Defendants. | Case No.  15-cv-05640-JSW<br><br>**ORDER RE STIPUALTION OF DISMISSAL**<br><br>Re: Docket No. 46 |

The Court has received the parties' stipulation regarding the dismissal of this action, which is a stipulation only.  In their stipulation, the parties have stipulated that the Court "shall retain jurisdiction over the parties to enforce the terms of the Settlement Agreement."  (Docket No. 46 at 2:9-10.)  The Court is not a party to the Stipulation.  In addition, because the parties did not submit that document as a stipulation and proposed order, they did not give the Court the opportunity to approve their proposal.

The Court HEREBY ADVISES the parties that it will determine whether it continues to have jurisdiction over the parties and a dispute regarding the settlement agreement if, and only if, a dispute is raised regarding enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: July 28, 2016

JEFFREY S. WHITE
United States District Judge