UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS DRESS FOR LESS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DALY CITY PARTNERS II, L.P., et al.,<br><br>Defendants. | Case No. 15-cv-05640-JSW<br><br>**CLARIFICATION OF ORDER RE STIPUALTION OF DISMISSAL**<br><br>Re: Docket No. 49 |

The Court issues this Order to clarify for the parties that it does not require any further action on their part. It issued the Order dated July 28, 2016, simply to advise them that, notwithstanding their stipulation, the Court will determine whether it continues to have jurisdiction over the parties and a dispute regarding the settlement agreement if, and only if, a dispute is raised regarding enforcement of that agreement.

**IT IS SO ORDERED.**

Dated: August 1, 2016

JEFFREY S. WHITE
United States District Judge